460 A.2d 845

Commonwealth, Appellant v. Walker.

594

Before SPAETH, ROWLEY and VAN der VOORT, JJ.
Order affirmed.